

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00455-CV

**IN RE COASTAL ALAMO INVESTMENTS**, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

On July 18, 2016, relator Coastal Alamo Investment, LLC filed a petition for writ of mandamus and a motion for emergency stay. This court granted the stay and requested a response. The court has considered Relator's petition, the responses filed by the real parties in interest and the relevant law and is of the opinion that the Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The stay granted by this Court on July 20, 2016 is hereby lifted. The court's opinion will issue at a later date.

It is so **ORDERED** on August 15, 2016.

_Karen Angelini_
Karen Angelini, Justice

---

[1] This proceeding arises out of Cause No. 2015-CI-13369, styled *Coastal Alamo Investment, LLC v. Siempre Energy, LLC, Claude John Thompson, and Domit Kamel, LP*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2016.



Keith E. Hottle
Clerk of Court